Matter of Farney v Greenwood (2023 NY Slip Op 01429)

Matter of Farney v Greenwood

2023 NY Slip Op 01429

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

267 CAF 22-00068

[*1]IN THE MATTER OF DARRELL J. FARNEY, PETITIONER-APPELLANT,
v
MELISSA A. GREENWOOD, RESPONDENT-RESPONDENT. 
IN THE MATTER OF MELISSA A. GREENWOOD, PETITIONER-RESPONDENT,
v
DARRELL J. FARNEY, RESPONDENT-APPELLANT. 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR PETITIONER-APPELLANT AND RESPONDENT-APPELLANT.
CATHERINE M. SULLIVAN, OSWEGO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Onondaga County (Julie A. Cecile, J.), entered June 24, 2021 in proceedings pursuant to Family Court Act article 6. The order, among other things, granted the parties joint legal custody of the subject child with respondent-petitioner Melissa A. Greenwood having primary physical custody. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court